UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 05-0199M (DAR) |
| | : | |
| v. | : | |
| | : | |
| MARTIN LUTHER KENNEDY, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF ASSIGNMENT AND APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Susan B. Menzer, D.C. Bar Number 421007, telephone number (202) 514-6968 and this is his notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Susan B. Menzer
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar No. 421007
555 4th Street, N.W., Room 5834
Washington, DC 20530
(202) 514-6968

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing motion has been served by mail and fax upon counsel for defendant Jonathan Jeffress, Federal Public Defender, 625 Indiana Ave., N.W., Suite 550, Washington, D.C. 20004, this 28th day of April, 2005.

_____
ASSISTANT UNITED STATES ATTORNEY