UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-0199M (DAR)** |
| | : | |
| v. | : | |
| | : | |
| **MARTIN LURTHER KENNEDY,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Kim Herd, Bar Number 461615, telephone number (202) 616-3702 and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
KIM HERD
ASSISTANT UNITED STATES ATTORNEY
Bar No. 461615
555 4th Street, N.W., Room 5826
Washington, DC 20530
(202) 616-3702

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2005, that a copy of the foregoing Notice of Assignment and Appearance was served by mail to counsel for the defendant:

Jonathan Jeffress
Federal Public Defender
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004

                                                KIM HERD
                                                ASSISTANT UNITED STATES ATTORNEY