U.S. Department of Justice
*United States Attorneys*

CR 05-209

# United States District Court
# for the District of Columbia

FILED

MAY 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Martin Luther Kennedy

Case No. 05-0199m

**ORDER**

Upon oral motion of the ___parties___ to exclude ___30___ days in computing the time within which an indictment must be filed *the trial must occur* in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court (sets forth in writing) or (orally sets forth) its reasons in the record at this time, and it is hereby

**ORDERED**, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that ___30___ days be excluded in computing the time within which an indictment must be filed *the trial must occur* in the instant case.

No objection

___[signature] Martin Kennedy___
Defendant

___[signature]___
Defense Counsel

___[signature]___
Attorney for Government

→ additional days commencing on today's date, that is, MAY 16, 2005.

___[signature]___
(United States Judge)
(United States Magistrate)

USA-D9 (Oct. 76)

COURT COPY