IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, N.C.

CR 05-20  2005 MAY 13 PM 3:20

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES OF AMERICA )   Case No. 3:02CR183-Mu
)
v. )
)
MARTIN LUTHER KENNEDY )

**FILED**

CONSENT TO TRANSFER OF CASE FOR
PLEA AND SENTENCE
(Under Rule 20)

MAY 2 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I **MARTIN LUTHER KENNEDY**, defendant, have been informed that an **INDICTMENT** is pending against me in the above designated cause. I wish to plead **GUILTY** to the offense charged, to consent to the disposition of the case in the District of Columbia in which I **AM PRESENTLY HELD** and to waive venue and trial in the above captioned District.

5/12/05
Date

Martin Kennedy
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

APPROVED

KENNETH WAINSTEIN
United States Attorney for the
District of Columbia

GRETCHEN C.F. SHAPPERT
United States Attorney for the
Western District of North Carolina

Certified to be a true and
correct copy of the original.
U.S. District Court
Frank G. Johns, Clerk
Western District of N.C.
By: _____
Deputy Clerk
Date 5/16/05