FORM OBD-101  Formerly USA-18                                          CR05-209
8-27-74                    **RULE 20—TRANSFER NOTICE**

| TO: Kim Herd, Assistant U.S. Attorney<br>U.S. Attorney's Office<br>555 4th Street, NW, 5th Fl. Wash., DC | DISTRICT<br>District of Columbia | DATE<br>May 27, 2005 |
|---|---|---|
| NAME OF SUBJECT<br>Martin Luther Kennedy | STATUTE VIOLATED<br>18 U.S.C. §§ 371, 1343, 513 and 2 | FBI DATA (Juliet and Number) |

### PART A—DISTRICT OF ARREST

[X] The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

[ ] Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

[ ] Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20. Docket No. _____

[ ] Other (Specify):

**FILED**

MAY 2 3 2005

[ ] The above-named defendant entered a plea of guilty under Rule 20.
DATE OF PLEA    DATE OF SENTENCE    SENTENCE

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| FROM (Signature and Title)<br>[signature]<br>AUSA, WDNC | ADDRESS<br>Western District of North Carolina |
|---|---|

### PART B—DISTRICT OF OFFENSE

[ ] I am agreeable to Rule 20 disposition.

[ ] I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____ on _____ at _____ o'clock.
(Kindly notify me of any anticipated delay.)

[ ] Enclosed are two certified copies of indictment or information. Docket No. _____

[ ] Please have defendant execute waiver of indictment.

[ ] Other (Specify):

| SIGNATURE (Name and Title)<br>Kenneth L. Wainstein, U.S. Attorney | DISTRICT<br>District of Columbia | DATE<br>May 27, 2005 |
|---|---|---|

See United States Attorneys Manual, Title 2, pp. 11-16.2 and United States Attorneys Bulletin (Appendix) Vol. 9, No. 20, October 6, 1961, for an explanation of procedures under Rules 7 and 20, Federal Rules of Criminal Procedure. See also Title 4, p. 44.1, United States Attorneys Manual.

DOJ

**RULE 20**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CR 05-209
Mag. No. 05-199
3:02cr183-Mu

| UNITED STATES OF AMERICA | ) | DOCKET NO. |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | Violations: |
| (1) MARTIN LUTHER KENNEDY | ) | 18 U.S.C. § 371 |
| (2) JASON ALAN WARBINGTON | ) | 18 U.S.C. § 1344 |
| a.k.a. Jason Alan Lehman | ) | 18 U.S.C. § 513 |
| | ) | 18 U.S.C. § 2 |

**FILED**
MAY 2 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COLLYER, J. RMC

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Beginning on or about December 2000 and continuing until or about May 2001, within the Western District of North Carolina and elsewhere,

**MARTIN LUTHER KENNEDY**
**JASON ALAN WARBINGTON**
**a.k.a. Jason Alan Lehman**

did knowingly and willfully combine, conspire, confederate, and agree with one another, and with others known and unknown to the grand jury, to commit against the United States the following offenses:

a.  to defraud and obtain by false and fraudulent pretenses, representations, and promises monies under the custody and control of Bank of America, a financial institution with deposits then-insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 1344; and

b.  to make, utter, and possess a counterfeited and forged security of an organization with intent to deceive another person, organization, and government, in violation of Title 18, United States Code, Section 513(a).

**MANNER AND MEANS OF THE CONSPIRACY**

The manner and means with which the conspiracy was accomplished included, among other things, the following:

1. Beginning in or about December 2000, MARTIN LUTHER KENNEDY worked as a bank teller for Bank of America in the Washington, D.C. metro area.

Certified to be a true and correct copy of the original.
U.S. District Court
Frank G. Johns, Clerk
Western District of N.C.
By: _____
Deputy Clerk
Date 5/24/05

2. KENNEDY used his position to note the account information of both corporate and individual Bank of America customers.

3. KENNEDY provided copies of checks, account numbers, and other checking account information to others unknown to the grand jury.

4. Others unknown to the grand jury used the account information KENNEDY provided to make counterfeit checks in the name of Bank of America customers and made out to the order of Bank of America customers.

5. Others unknown to the grand jury passed the counterfeit checks to third parties, including JASON ALAN WARBINGTON, for the purpose of cashing the checks at Bank of America branches in several states, including Charlotte, North Carolina.

6. WARBINGTON and others, acting individually or in groups, would cash the checks using false identifications bearing their own pictures but the names of others, including the names of Bank of America customers as provided by KENNEDY.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy and to promote its objects, the defendants and co-conspirators did, within the Western District of North Carolina and elsewhere, commit the following overt acts:

7. On or about December 19, 2000, KENNEDY accessed the account information of Kemp Mill Music, LLC forty-six times.

8. On or about December 29, 2000, WARBINGTON went to Bank of America branches in Cary, Greensboro, and Charlotte, North Carolina. He used false identification to cash eight counterfeit checks on the account of Kemp Mill Music, LLC made payable to the name on the false identification.

9. On or about January 16, 2001, KENNEDY accessed the account of Treacy & Eagleburger Architects four times.

10. On or about January 19, 2001, KENNEDY accessed the account of Treacy & Eagleburger Architects twenty-seven times.

11. On or about January 22, 2001, WARBINGTON went to several Bank of America branches in the Charlotte, North Carolina area. He used false identification to cash eight counterfeit checks on the account of Treacy & Eagleburger Architects made payable to the name on the false identification card.

12. On or about January 17, 2001, KENNEDY accessed the account information of Anthony J. (name abbreviated to protect privacy interests) thirty-three times.

13. On or about January 23, 2001, WARBINGTON went to Bank of America branches in Salisbury and Charlotte, North Carolina. He used false identification in the name of Anthony J. to cash checks from the Smithsonian Institution.

14. During the course of the conspiracy, the Defendants created and cashed at least 265 checks resulting in a total loss of at least $691,739.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO THROUGH FOUR

Each of the allegations in paragraphs one through thirteen of Count One is incorporated and re-alleged herein by reference as the scheme and artifice to defraud.

Beginning in or about December 2000 and continuing until or about May 2001, in the Western District of North Carolina, and elsewhere,

### MARTIN LUTHER KENNEDY
### JASON ALAN WARBINGTON
### a.k.a. Jason Alan Lehman

and others known and unknown to the grand jury, aiding and abetting each other, did knowingly and unlawfully devise, execute, and attempt to execute a scheme and artifice to defraud Bank of America, the deposits of which were then-insured by the Federal Deposit Insurance Corporation, and to obtain moneys and funds and other property owned by or in the custody and control of Bank of America by means of false and fraudulent pretenses, representations, and promises in that they presented counterfeit checks for payment to Bank of America, on or about the dates listed below:

| Count | Presented | Check # | Account Holder | Ostensible Payee | Presenter |
|---|---|---|---|---|---|
| 2 | 1/02/01 | 810 | Kemp Mill Music | Brian M. | WARBINGTON |
| 3 | 1/22/01 | 20908 | Treacy & Eagleb. | Christopher F. | WARBINGTON |
| 4 | 1/22/01 | 423902 | Smithsonian Inst. | Anthony J. | WARBINGTON |

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT FIVE THROUGH SEVEN

Beginning in or about December 2000 and continuing until or about January 2001, in the Western District of North Carolina, and elsewhere,

**MARTIN LUTHER KENNEDY**
**JASON ALAN WARBINGTON**
**a.k.a. Jason Alan Lehman**

and others known and unknown to the grand jury, aiding and abetting each other, did knowingly make, utter, and possess a counterfeited security of the below enumerated organizations:

| Count | Presented | Check # | Account Holder | Ostensible Payee | Presenter |
|---|---|---|---|---|---|
| 5 | 1/02/01 | 810 | Kemp Mill Music | Brian M. | WARBINGTON |
| 6 | 1/22/01 | 20908 | Treacy & Eagleb. | Christopher F. | WARBINGTON |
| 7 | 1/22/01 | 423902 | Smithsonian Inst. | Anthony J. | WARBINGTON |

and they did so with the intent to deceive Bank of America in violation of Title 18, United States Code, Section 513(a) and 2.

A TRUE BILL:

_(signature)_
FOREPERSON

ROBERT J. CONRAD, JR.
UNITED STATES ATTORNEY

_(signature)_
JOSHUA B. HOWARD
ASSISTANT UNITED STATES ATTORNEY

## COUNT FIVE THROUGH SEVEN

Beginning in or about December 2000 and continuing until or about January 2001, in the Western District of North Carolina, and elsewhere,

**MARTIN LUTHER KENNEDY**
**JASON ALAN WARBINGTON**
**a.k.a. Jason Alan Lehman**

and others known and unknown to the grand jury, aiding and abetting each other, did knowingly make, utter, and possess a counterfeited security of the below enumerated organizations:

| Count | Presented | Check # | Account Holder | Ostensible Payee | Presenter |
|---|---|---|---|---|---|
| 5 | 1/02/01 | 810 | Kemp Mill Music | Brian M. | WARBINGTON |
| 6 | 1/22/01 | 20908 | Treacy & Eagleb. | Christopher F. | WARBINGTON |
| 7 | 1/22/01 | 423902 | Smithsonian Inst. | Anthony J. | WARBINGTON |

and they did so with the intent to deceive Bank of America in violation of Title 18, United States Code, Section 513(a) and 2.

A TRUE BILL:

FOREPERSON

ROBERT J. CONRAD, JR.
UNITED STATES ATTORNEY

JOSHUA B. HOWARD
ASSISTANT UNITED STATES ATTORNEY

CR 05-209

# U.S. District Court
## Western District of North Carolina (Charlotte)
## CRIMINAL DOCKET FOR CASE #: 3:02-cr-00183-1
### Internal Use Only

Case title: USA v. Kennedy, et al                Date Filed: 07/09/2002

Assigned to: Graham Mullen
Referred to: David Keesler

**Defendant**

**Martin Luther Kennedy (1)**
*TERMINATED: 05/13/2005*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | Rule 20 transfer out to District of Columbia |
| 18:1344A.F & 2 BANK FRAUD (2-4) | Rule 20 transfer out to District of Columbia |
| 18:513A.F & 2 UTTER FORGED AND COUNTERFEIT SECURITY (5-7) | Rule 20 transfer out to District of Columbia |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Certified to be a true and correct copy of the original.
U.S. District Court
Frank G. Johns, Clerk
Western District of N.C.
By: Michelle Anderson
       Deputy Clerk
Date 5/19/05

**Plaintiff**

USA                          represented by   Jonathan A. Vogel
                                              U.S. Attorney's Office
                                              227 W. Trade St.
                                              1700 Carillon

https://ecf.ncwd.circ4.dcn/cgi-bin/DktRpt.pl?604692546532521-L_280_0-1          5/19/2005

Charlotte, NC 28202
704/344-6222
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua B. Howard**
U.S. Attorney's Office
227 W. Trade St.
1700 Carillon
Charlotte, NC 28202
704/344-6222
*TERMINATED: 05/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/09/2002 | 1 | INDICTMENT as to Martin Luther Kennedy (1) count(s) 1, 2-4, 5-7, Jason Alan Warbington (2) count(s) 1, 2-4, 5-7 (clc) (Entered: 07/11/2002) |
| 07/09/2002 | | **Added Government Attorney Joshua B. Howard (clc) (Entered: 07/11/2002) |
| 07/11/2002 | | Arrest WARRANT issued as to Martin Luther Kennedy, Jason Alan Warbington (clc) (Entered: 07/11/2002) |
| 05/05/2005 | 16 | Notice of Substitution of Counsel - Attorney update in case as to Martin Luther Kennedy. Attorney Jonathan A. Vogel for USA added. Attorney Joshua B. Howard terminated. (Hankins, Susan) (Entered: 05/10/2005) |
| 05/13/2005 | 17 | Order of Transfer to District of Columbia. Counts closed as to Martin Luther Kennedy (1) Count 1,2-4,5-7. Certified copies mailed on 5/13/05. (Hankins, Susan) (Entered: 05/19/2005) |

## UNITED STATES DISTRICT COURT
Office Of The Clerk
Western District of North Carolina
Rm. 210 Charles R. Jonas Bldg.
401 West Trade St.
Charlotte, North Carolina 28202
(704) 350-7200

Frank G. Johns
Clerk

May 19, 2005

Ms. Nancy Mayer-Whittington
Clerk
United States District Court
1834 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: Transfer of Jurisdiction:        3:02cr183       Martin Luther Kennedy

Dear Ms Mayer-Whittington,

Pursuant to the Consent to Transfer of Case for Plea and Sentence in the above referenced action, enclosed you will find a certified copy of the docket sheet, Indictment, and Consent to Transfer. Please acknowledge receipt of the case file by signing and returning a copy of this letter to our office in the enclosed self-addressed envelope.

                        Sincerely,
                        Frank G. Johns, Clerk

                        By: _____
                            Deputy Clerk

Enclosure