UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 05-209-1 (RMC) |
| v. : | |
| MARTIN LUTHER KENNEDY, : | UNDER SEAL |
| Defendant. : | |

**SEALED**          ORDER

**FILED**

**JUN 1 4 2005**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

Based on the representations in the "Government's Motion to Withdraw its Previous 'Motion to Seal the Plea Agreement and Other Pleadings, Records, Proceedings and Files and to Delay Entry on the Public Docket of the Filing of this Motion to Seal and All Related Matters' and to Submit a Substitute Motion that Contains Amended Exhibits B and C," and the lack of objection by defense counsel,

It is this 14th day of June 2005, hereby

ORDERED that the "Government's Motion to Withdraw its Previous 'Motion to Seal the Plea Agreement and Other Pleadings, Records, Proceedings and Files and to Delay Entry on the Public Docket of the Filing of this Motion to Seal and All Related Matters' and to Submit a Substitute Motion that Contains Amended Exhibits B and C," is granted.

It is further

ORDERED that the government's June 9, 2005 "Motion to Seal the Plea Agreement and Other Pleadings, Records, Proceedings and Files and to Delay Entry on the Public Docket of the Filing of this Motion to Seal and All Related Matters" be withdrawn from the record and returned to the government by the Criminal Clerk's Office.

It is further

ORDERED that this Order and the attached "Government's Motion to Withdraw its Previous 'Motion to Seal the Plea Agreement and Other Pleadings, Records, Proceedings, and Files and to Delay Entry on the Public Docket of the Filing of this Motion to Seal and All Related Matters' and to Submit a Substitute Motion that Contains Amended Exhibits B and C" shall be filed under seal in the Criminal Clerk's Office until further order of this Court.

It is further

ORDERED that the Criminal Clerk's Office shall not make any entry on the public docket in this case of this motion and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court.

It is further

ORDERED, that the government shall notify the Court as soon as the need for sealing no longer exists.

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge