UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-0209 (RMC)** |
| | : | |
| v. | : | |
| | : | |
| **MARTIN LUTHER KENNEDY,** | : | **UNDER SEAL** |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Diane Lucas, Bar Number 443610, telephone number (202) 514-8097. Assistant United States Attorney Diane Lucas will substitute for Assistant United States Attorney Kim Herd as counsel for the United States.

    Respectfully submitted,

    KENNETH L. WAINSTEIN.
    United States Attorney

---

DIANE LUCAS
Assistant United States Attorney
Fraud & Public Corruption Section, Bar No.443610
555 4th Street, NW, Room 5921
Washington, DC 20530
(202) 514-8097

**CERTIFICATE OF SERVICE**

I hereby certify that on this __10th__ day of March, 2006, that a copy of the foregoing Notice of Substitution of Counsel was served by first-class mail to Jonathan Jeffress, counsel for the defendant, Federal Public Defender, 625 Indiana Avenue, NW, Washington, DC 20004.

_____
DIANE LUCAS
ASSISTANT UNITED STATES ATTORNEY