UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-209-01 (RMC) |
| | : | |
| v. | : | |
| | : | |
| MARTIN LUTHER KENNEDY, | : | UNDER SEAL |
| | : | |
| Defendant. | : | |
| | : | |

### GOVERNMENT'S UNOPPOSED MOTION
### TO UNSEAL PROCEEDINGS AND FILE IN THIS CASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this motion to unseal the proceedings and file in this case.[1] In support of this motion, the government states as follows:

On June 13, 2005, the government moved to have the plea agreement, statement of offense as well as all existing and future pleadings (save the indictment itself), proceedings, records, and files in this case under seal and to delay entry on the public docket of the motion.[2] As a result, this matter is currently under seal. On November 14, 2005, the defendant failed to appear for a status hearing and this Court issued a bench warrant for his arrest. Because the reason for the sealing is no longer applicable, and there is no further need for the sealing of this file in this matter, the United States is hereby moving to vacate the earlier sealing Order. This motion, which appears to be simply in the nature of "house-keeping," will help prevent future

---

[1] Because the file in this matter is currently under seal, the government is filing this motion under seal.

[2] On June 9, 2005, the government filed a prior "Motion to Seal the Plea Agreement and Other Pleadings, Records, Proceedings and Files and to Delay Entry on the Public Docket of the Filing Of thes Motion to Seal and All Related Matters." The government's June 13, 2005 Motion to Seal was a substitution for the June 9, 2005 Motion to Seal.

difficulty in the parties electronically filing pleadings.  The undersigned attorney has previously discussed this motion with defense counsel, Jonathan Jeffress, who did not object to it.

WHEREFORE, it is respectfully requested that this motion be granted.

                                      Respectfully submitted,

                                      KENNETH L. WAINSTEIN
                                      UNITED STATES ATTORNEY
                                      D.C. BAR # 451470

By:   _____
      DIANE G. LUCAS
      D.C. Bar Number 443610
      Assistant U.S. Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 514-8097
      Diane.Lucas@usdoj.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Motion and a proposed Order were served by  mail upon the attorney for each respective defendant, as noted above, on this _____ day of April, 2006.

Jonathan Jeffress, Esq.
Attorney for Martin Luther Kennedy
Office of the Federal Public Defender
625 Indiana Avenue, N.W., Suite 500
Washington, D.C.  20004

                                      _____
                                        DIANE G. LUCAS
                                        ASSISTANT UNITED STATES ATTORNEY

Case 1:05-cr-00209-RMC     Document 16     Filed 04/07/2006     Page 3 of 3