**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  05-209-1 (RMC)** |
| | : | |
| **v.** | : | |
| | : | |
| **MARTIN LUTHER KENNEDY,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**O R D E R**

Based on the representations in the attached <u>Government's Unopposed Motion to Unseal</u>

<u>the Pleadings and File in this Case</u>, and the entire record in this matter, it is hereby ORDERED

that the motion is GRANTED and the Court's previously entered sealing orders are VACATED.

_____
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT COURT JUDGE
FOR THE DISTRICT OF COLUMBIA


_____
DATE


cc:

Diane G. Lucas
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530


Jonathan Jeffress, Esq.
Office of the Federal Public Defender
625 Indiana Avenue, N.W., Suite 500
Washington, D.C.  20004