UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-209-1 (RMC) |
| v. | : | |
| MARTIN LUTHER KENNEDY, | : | **FILED** |
| Defendant. | : | APR 1 3 2006 |
| | | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Based on the representations in the attached Government's Unopposed Motion to Unseal the Pleadings and File in this Case, and the entire record in this matter, it is hereby ORDERED that the motion is GRANTED and the Court's previously entered sealing orders are VACATED.

_____
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT COURT JUDGE
FOR THE DISTRICT OF COLUMBIA

4/11/06
DATE

cc:

Diane G. Lucas
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Jonathan Jeffress, Esq.
Office of the Federal Public Defender
625 Indiana Avenue, N.W., Suite 500
Washington, D.C. 20004