# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
IN COURT
CHARLOTTE, N.C.

JUL 9 2002

U.S. DISTRICT COURT
W. DIST. OF N.C.

FILED
JUN 0 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:02cr183-MW |
| ) | |
| v. ) | |
| ) | Violations: |
| (1) MARTIN LUTHER KENNEDY ) | 18 U.S.C. § 371 |
| (2) JASON ALAN WARBINGTON ) | 18 U.S.C. § 1344 |
| a.k.a. Jason Alan Lehman ) | 18 U.S.C. § 513 |
| ) | 18 U.S.C. § 2 |

THE GRAND JURY CHARGES:

COUNT ONE

Beginning on or about December 2000 and continuing until or about May 2001, within the Western District of North Carolina and elsewhere,

MARTIN LUTHER KENNEDY
JASON ALAN WARBINGTON
a.k.a. Jason Alan Lehman

did knowingly and willfully combine, conspire, confederate, and agree with one another, and with others known and unknown to the grand jury, to commit against the United States the following offenses:

a. to defraud and obtain by false and fraudulent pretenses, representations, and promises monies under the custody and control of Bank of America, a financial institution with deposits then-insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 1344; and

b. to make, utter, and possess a counterfeited and forged security of an organization with intent to deceive another person, organization, and government, in violation of Title 18, United States Code, Section 513(a).

MANNER AND MEANS OF THE CONSPIRACY

The manner and means with which the conspiracy was accomplished included, among other things, the following:

1. Beginning in or about December 2000, MARTIN LUTHER KENNEDY worked as a bank teller for Bank of America in the Washington, D.C. metro area.

CR 05-209-01-RMC, Exhibit A

  2. KENNEDY used his position to note the account information of both corporate and individual Bank of America customers.

  3. KENNEDY provided copies of checks, account numbers, and other checking account information to others unknown to the grand jury.

  4. Others unknown to the grand jury used the account information KENNEDY provided to make counterfeit checks in the name of Bank of America customers and made out to the order of Bank of America customers.

  5. Others unknown to the grand jury passed the counterfeit checks to third parties, including JASON ALAN WARBINGTON, for the purpose of cashing the checks at Bank of America branches in several states, including Charlotte, North Carolina.

  6. WARBINGTON and others, acting individually or in groups, would cash the checks using false identifications bearing their own pictures but the names of others, including the names of Bank of America customers as provided by KENNEDY.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

  In furtherance of the conspiracy and to promote its objects, the defendants and co-conspirators did, within the Western District of North Carolina and elsewhere, commit the following overt acts:

  7. On or about December 19, 2000, KENNEDY accessed the account information of Kemp Mill Music, LLC forty-six times.

  8. On or about December 29, 2000, WARBINGTON went to Bank of America branches in Cary, Greensboro, and Charlotte, North Carolina. He used false identification to cash eight counterfeit checks on the account of Kemp Mill Music, LLC made payable to the name on the false identification.

  9. On or about January 16, 2001, KENNEDY accessed the account of Treacy & Eagleburger Architects four times.

  10. On or about January 19, 2001, KENNEDY accessed the account of Treacy & Eagleburger Architects twenty-seven times.

  11. On or about January 22, 2001, WARBINGTON went to several Bank of America branches in the Charlotte, North Carolina area. He used false identification to cash eight counterfeit checks on the account of Treacy & Eagleburger Architects made payable to the name on the false identification card.

  12. On or about January 17, 2001, KENNEDY accessed the account information of Anthony J. (name abbreviated to protect privacy interests) thirty-three times.

13. On or about January 23, 2001, WARBINGTON went to Bank of America branches in Salisbury and Charlotte, North Carolina. He used false identification in the name of Anthony J. to cash checks from the Smithsonian Institution.

14. During the course of the conspiracy, the Defendants created and cashed at least 265 checks resulting in a total loss of at least $691,739.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO THROUGH FOUR

Each of the allegations in paragraphs one through thirteen of Count One is incorporated and re-alleged herein by reference as the scheme and artifice to defraud.

Beginning in or about December 2000 and continuing until or about May 2001, in the Western District of North Carolina, and elsewhere,

**MARTIN LUTHER KENNEDY**
**JASON ALAN WARBINGTON**
**a.k.a. Jason Alan Lehman**

and others known and unknown to the grand jury, aiding and abetting each other, did knowingly and unlawfully devise, execute, and attempt to execute a scheme and artifice to defraud Bank of America, the deposits of which were then-insured by the Federal Deposit Insurance Corporation, and to obtain moneys and funds and other property owned by or in the custody and control of Bank of America by means of false and fraudulent pretenses, representations, and promises in that they presented counterfeit checks for payment to Bank of America, on or about the dates listed below:

| Count | Presented | Check # | Account Holder | Ostensible Payee | Presenter |
|---|---|---|---|---|---|
| 2 | 1/02/01 | 810 | Kemp Mill Music | Brian M. | WARBINGTON |
| 3 | 1/22/01 | 20908 | Treacy & Eagleb. | Christopher F. | WARBINGTON |
| 4 | 1/22/01 | 423902 | Smithsonian Inst. | Anthony J. | WARBINGTON |

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT FIVE THROUGH SEVEN

Beginning in or about December 2000 and continuing until or about January 2001, in the Western District of North Carolina, and elsewhere,

**MARTIN LUTHER KENNEDY**
**JASON ALAN WARBINGTON**
a.k.a. Jason Alan Lehman

and others known and unknown to the grand jury, aiding and abetting each other, did knowingly make, utter, and possess a counterfeited security of the below enumerated organizations:

| Count | Presented | Check # | Account Holder | Ostensible Payee | Presenter |
|---|---|---|---|---|---|
| 5 | 1/02/01 | 810 | Kemp Mill Music | Brian M. | WARBINGTON |
| 6 | 1/22/01 | 20908 | Treacy & Eagleb. | Christopher F. | WARBINGTON |
| 7 | 1/22/01 | 423902 | Smithsonian Inst. | Anthony J. | WARBINGTON |

and they did so with the intent to deceive Bank of America in violation of Title 18, United States Code, Section 513(a) and 2.

A TRUE BILL:

_(signature)_
FOREPERSON

ROBERT J. CONRAD, JR.
UNITED STATES ATTORNEY

_(signature)_
JOSHUA B. HOWARD
ASSISTANT UNITED STATES ATTORNEY