# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )    Criminal No. 05-209-1 (RMC)
)
v. )
)    **FILED**
MARTIN LUTHER KENNEDY )
)    JUN - 9 2005

**STATEMENT OF OFFENSE**    NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Pursuant to Fed. R. Crim. P. 11, defendant, Martin Luther Kennedy, and the United States agree and stipulate as follows:

Beginning on or about December 2000 and continuing until or about May 2001, within the District of Columbia, the Western District of North Carolina and elsewhere, defendant conspired with co-defendant Jason Alan Warbington and with others known and unknown to commit bank fraud in violation of Title 18, United States Code, Section 1344 and to pass counterfeit checks in violation of Title 18, United States Code, Section 513(a).

Beginning on or about December 2000, defendant Martin Luther Kennedy worked as a bank teller for Bank of America in the Washington, D.C. metro area. Kennedy used his position to note the account information of both corporate and individual Bank of America customers. Defendant provided copies of checks, account numbers, and other checking account information to others known and unknown. Those individuals used the account information defendant provided to make counterfeit checks in the name of Bank of America customers and made out to the order of Bank of America customers. Those counterfeit checks were then passed on to third parties for the purpose of cashing the checks at several Bank of America branches in several states. Co-defendant Warbington and others, acting individually or in groups, would cash the

EXHIBIT C

checks using false identifications bearing their own pictures but the names of others, including the names of Bank of America customers as provided by defendant.

The total actual loss suffered by Bank of America as a result of defendant's conduct is $691,739.32.

### DEFENDANT'S ACCEPTANCE

I have read every word of this statement of offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this statement of offense, and declare under penalty of perjury that it is true and correct.

Date: _____                    _____
                                                MARTIN LUTHER KENNEDY
                                                Defendant

I have read each of the two pages constituting this statement of offense and reviewed and discussed them with my client. I concur with his decision to stipulate to this statement of offense.

Date: _____                    _____
                                                JONATHAN JEFFRESS
                                                Attorney for the Defendant