UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 05-209-1 (RMC) |
| v. : | |
| MARTIN LUTHER KENNEDY, : | ~~UNDER SEAL~~   **FILED** |
| Defendant. : | JUN 1 3 2005 |
| : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

**GOVERNMENT'S MOTION TO WITHDRAW ITS PREVIOUS "MOTION TO SEAL THE PLEA AGREEMENT AND OTHER PLEADINGS, RECORDS, PROCEEDINGS AND FILES AND TO DELAY ENTRY ON THE PUBLIC DOCKET OF THE FILING OF THIS MOTION TO SEAL AND ALL RELATED MATTERS" AND TO SUBMIT A SUBSTITUTE MOTION THAT CONTAINS AMENDED EXHIBITS B AND C**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves to withdraw its previous motion dated June 9, 2005, entitled, "Government's Motion to Seal the Plea Agreement and Other Pleadings, Records, Proceedings, and Files and to Delay Entry on the Public Docket of the Filing of this Motion to Seal and All Related Matters" (hereinafter "Motion to Seal the Plea Agreement and Other Pleadings") and to submit a substitute motion that contains amended Exhibit B (plea agreement) and Exhibit C (statement of offense). Because changes were made to Exhibits B and C before they were accepted by the Court during the June 10, 2005 plea proceedings, the government now moves to withdraw its previous motion and to submit a substituted version that consists of an identical pleading but contains amended versions of Exhibits B and C. The government's substitute motion, with amended Exhibits B and C, is attached to this motion.

UNSEALED

In addition, the government respectfully requests that for the reasons it previously articulated in its "Motion to Seal the Plea Agreement and Other Pleadings" this motion and accompanying attachment be placed under seal, along with any order of this Court pertaining to this motion.

Defense counsel, Jonathan Jeffress, has been advised of the contents of this motion and has informed the undersigned prosecutor of his support for this motion.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
KIM A. HERD
ASSISTANT UNITED STATES ATTORNEY
DC Bar No. 461615
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20001
(202) 616-3702

CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served via facsimile (202) 208-7515 on counsel for the defendant, Jonathan Jeffress, Esq., Federal Public Defender Service, 625 Indiana Avenue, N.W., Fifth Floor, Washington, D.C. 20004, this thirteenth day of June, 2005.

_____
KIM A. HERD
ASSISTANT UNITED STATES ATTORNEY