# EXHIBIT B
(Amended as of June 10, 2005)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                )        Criminal No. 05-209-1 (RMC)
                                        )
              v.                        )
                                        )
MARTIN LUTHER KENNEDY                   )

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant, Martin Luther Kennedy, and the United States agree and stipulate as follows:

Beginning on or about December 2000 and continuing until or about May 2001, within the District of Columbia, the Western District of North Carolina and elsewhere, defendant conspired with co-defendant Jason Alan Warbington and with others known and unknown to commit bank fraud in violation of Title 18, United States Code, Section 1344 and to pass counterfeit checks in violation of Title 18, United States Code, Section 513(a). Specifically, defendant did knowingly and willfully conspire with co-defendant Jason Alan Warbington and with others known and unknown, to defraud and obtain by false and fraudulent pretenses, representations, and promises monies under the custody and control of Bank of America, a financial institution with deposits then-insured by the Federal Deposit Insurance Corporation; and to make, utter, and possess a counterfeited and forged security of an organization with intent to deceive another person, organization, and government.

Beginning on or about December 2000, defendant worked as a bank teller for Bank of America in the Washington, D.C. metro area. Defendant used his position to note the account information of both corporate and individual Bank of America customers. Defendant provided

Amended Exhibit B

FILED
JUN 1 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

this account information, including copies of checks, account numbers, and other checking account information to others known and unknown, without the permission of the account holders or Bank of America. Defendant knew that the individuals to whom he provided the account information used the information to make counterfeit checks in the name of Bank of America customers and made out to the order of Bank of America customers. Those counterfeit checks were then passed on to third parties for the purpose of cashing the checks at several Bank of America branches in several states. Co-defendant Warbington and others, acting individually or in groups, would cash the checks using false identifications bearing their own pictures but the names of others, including the names of Bank of America customers as provided by defendant.

The total actual loss suffered by Bank of America as a result of defendant's conduct is [in reference to do the above-described conspiracy] $691,739.32.

## DEFENDANT'S ACCEPTANCE

I have read every word of this statement of offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this statement of offense, and declare under penalty of perjury that it is true and correct.

Date: 6/10/05

MARTIN LUTHER KENNEDY
Defendant

I have read each of the two pages constituting this statement of offense and reviewed and discussed them with my client. I concur with his decision to stipulate to this statement of offense.

Date: 6/10/05

JONATHAN JEFFRESS
Attorney for the Defendant